# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 4, 2026

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUN 1 5 2026

FILED_____ _____
DOCKETED_____
DATE          INITIAL

Re:  Peridot Tree WA, Inc., et al.
v. Washington State Liquor and Cannabis Board, et al.
Application No. 25A1344
(Your No. 24-3481, 24-7196)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kagan, who on June 4, 2026, extended the time to and including September 10, 2026.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Howard Cook
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Chad Eric DeVeaux
Bartko Pavia LLP
1100 Sansome Street
San Francisco, CA  94111


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526